IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN C. MONARCH, an individual; DIRECT OUTBOUND SERVICES, LLC, a South Carolina limited liability company,<br><br>                   Plaintiffs,<br>v.<br><br>RICHARD A. GORMAN; GORMAN ECONOMICS, LLC, a Delaware limited liability company, dba AT COST FULFILLMENT, LLC; VANGUARD ECONOMICS, LLC, a Georgia limited liability company, dba AT COST FULFILLMENT, LLC dba FULFILLMENT.COM; AT COST NUTRACEUTICALS, LLC, a Georgia limited liability company; BRAND.COM, INC., a Pennsylvania Corporation; JOHN DOE 1; JOHN DOE 2; and JOHN DOE 3,<br><br>                   Defendants. | Civil Action No. 2:14-cv-05980-TON |

## **ORDER**

AND NOW, this _____ day of December, 2014, upon consideration of Defendant Brand.com Inc.'s Motion to Dismiss, and any opposition thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED.  Counts II, III, V, VII and VIII of Plaintiffs' Complaint against Brand.com, Inc. are DISMISSED with prejudice.

BY THE COURT:

_____
                                                         J.