IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN C. MONARCH, an individual; DIRECT OUTBOUND SERVICES, LLC, a South Carolina limited liability company, | : : : : |
| Plaintiffs, | : |
| v. | : Civil Action No. 2:14-cv-05980-TON |
| | : |
| RICHARD A. GORMAN; GORMAN ECONOMICS, LLC, a Delaware limited liability company, dba AT COST FULFILLMENT, LLC; VANGUARD ECONOMICS, LLC, a Georgia limited liability company, dba AT COST FULFILLMENT, LLC dba FULFILLMENT.COM; AT COST NUTRACEUTICALS, LLC, a Georgia limited liability company; BRAND.COM, INC., a Pennsylvania Corporation; JOHN DOE 1; JOHN DOE 2; and JOHN DOE 3, | : : : : : : : : : : |
| Defendants. | : |

## ORDER

AND NOW, this _____ day of December, 2014, upon consideration of Defendant Gorman Economics, LLC's Motion to Dismiss, and Plaintiffs' opposition thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED.  Counts II, III, V, VII and VIII of Plaintiffs' Complaint against Gorman Economics, LLC are DISMISSED with prejudice.

BY THE COURT:

_____
O'Neill, S.J.

DMEAST #20368397 v1