IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN C. MONARCH, AN INDIVIDUAL; DIRECT OUTBOUND SERVICES, LLC, A SOUTH CAROLINA LIMITED LIABILITY COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD A. GORMAN; GORMAN ECONOMICS, LLC, A DELAWARE LIMITED LIABILITY COMPANY, DBA AT COST FULFILLMENT, LLC; VANGUARD ECONOMICS, LLC, A GEORGIA LIMITED LIABILITY COMPANY DBA AT COST FULFILLMENT, LLC DBA FULFILLMENT.COM; AT COST NUTRACEUTICALS, LLC, A GEORGIA LIMITED LIABILITY COMPANY; BRAND.COM, INC., A PENNSYLVANIA CORPORATION; JOHN DOE 1; JOHN DOE 2; AND JOHN DOE 3<br><br>Defendant. | Civil Action No.: 2:14-cv-05980-TON |

**DEFENDANT, VANGUARD ECONOMICS, LLC A GEORGIA LIMITED LIABILITY COMPANY DBA AT COST FULFILLMENT, LLC DBA FULFILLMENT.COM'S MOTION TO DISMISS COUNTS II, III, V, VII AND VII OF PLAINTIFF'S COMPLAINT**

Pursuant to F.R.C.P. 12(b)(6), Defendant, Vanguard Economics, LLC a Georgia limited liability company dba At Cost Fulfillment, LLC dba Fulfillment.com moves to Dismiss Counts II, III, V, VII and VIII of Plaintiff's Complaint. In support of this Motion, Vanguard Economics, LLC a Georgia limited liability company dba At Cost Fulfillment, LLC dba Fulfillment.com

hereby adopts and incorporates by reference the arguments made in the Motion to Dismiss filed by Defendant, Brand.com.

                                        LAW OFFICES OF JAMES L. BARLOW

                                    By: JAMES L. BARLOW, ESQUIRE
                                          Attorney for Defendant,
                                          Vanguard Economics, LLC a Georgia Limited Liability Company dba At Cost Fulfillment, LLC dba Fulfillment.com