# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN C. MONARCH, an individual; DIRECT OUTBOUND SERVICES LLC, a South Carolina limited liability company,<br><br>      Plaintiffs,<br><br> v.<br><br>RICHARD A. GORMAN; GORMAN ECONOMICS, LLC, a Delaware limited liability company, dba AT COST FULFILLMENT, LLC; VANGUARD ECONOMICS, LLC, a Georgia limited liability company, dba AT COST FULFILLMENT, LLC, dba FULFILLMENT.COM; AT COST NUTRACEUTICALS, LLC, a Georgia limited liability company; BRAND.COM, INC., a Pennsylvania Corporation; JOHN DOE 1; JOHN DOE 2; and JOHN DOE 3,<br><br>      Defendants. | Case No. 2:14-cv-05980-GAM |

## CERTIFICATE OF SERVICE OF
## PLAINTIFFS' INITIAL DISCLOSURE STATEMENT

  This certifies that, on July 10, 2015, I served:

  (1) PLAINTIFFS' INITIAL DISCLOSURES,

via regular, first class mail, postage prepaid, to the following attorneys of record:

| | |
|---|---|
| Matthew A. Glazer<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br>*Attorneys for Plaintiff* | David Shannon<br>Jonathan E. Cross<br>Marshall Dennehey Warner Coleman & Goggin<br>2000 Market Street, Suite 2300<br>Philadelphia, PA 19103<br>*Attorneys for Defendant, Brand.com* |

| | |
|---|---|
| James L. Barlow<br>Law Offices of James L. Barlow<br>P.O. Box 258829<br>Oklahoma City, OK 73125-8829<br>*Attorneys for Defendant, Vanguard Economics, LLC* | Eric Trajtenberg<br>32 S. Church Street<br>West Chester, PA 19382<br>*Attorney for Defendants Gorman Economics, LLC, At Cost Nutraceuticals LLC and Richard A. Gorman* |
| Ari N. Rothman<br>Venable, LLP<br>575 7th Street, NW<br>Washington, DC 20004<br>*Attorney for Defendants Gorman Economics, LLC, At Cost Nutraceuticals LLC and Richard A. Gorman* | Molly T. Cusson<br>Venable, LLP<br>575 7th Street, NW<br>Washington, DC 20004<br>*Attorney for Defendant Richard A. Gorman* |

RESPECTFULLY SUBMITTED this 10th day of July, 2015.

/s/ Daniel R. Warner
Daniel R. Warner, Esq.
Arizona Bar # 026503
(Admitted Pro Hac Vice)
**KELLY / WARNER, PLLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Tel: 480-331-9397
Fax: 1-866-961-4984
Email: dan@kellywarnerlaw.com

and

/s/ Matthew Glazer
Matthew Glazer, Esq.
**COZEN O'CONNOR**
1900 Market St
Philadelphia, PA 19103
(215) 665-2000
MGlazer@cozen.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that, on the same date set forth above, I electronically transmitted the foregoing document to the Clerk's Office using CM/ECF System for filing and distribution to the following registered participants of the CM/ECF System:

Matthew A. Glazer
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
*Attorneys for Plaintiff*

David Shannon
Jonathan E. Cross
Marshall Dennehey Warner Coleman & Goggin
2000 Market Street, Suite 2300
Philadelphia, PA 19103
*Attorneys for Defendant, Brand.com*

James L. Barlow
Law Offices of James L. Barlow
P.O. Box 258829
Oklahoma City, OK 73125-8829
*Attorneys for Defendant, Vanguard Economics, LLC*

Eric Trajtenberg
32 S. Church Street
West Chester, PA  19382
*Attorney for Defendants Gorman Economics, LLC, At Cost Nutraceuticals LLC and Richard A.Gorman*

Ari N. Rothman
Venable, LLP
575 7th Street, NW
Washington, DC  20004
*Attorney for Defendants Gorman Economics, LLC , At Cost Nutraceuticals LLC and Richard A. Gorman*

Molly T. Cusson
Venable, LLP
575 7th Street, NW
Washington, DC  20004
*Attorney for Defendant  Richard A. Gorman*

                /s/ Daniel R. Warner