IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN C. MONARCH, et al<br>Plaintiffs, | : | CIVIL ACTION |
| v. | : | |
| RICHARD A GORMAN, et al<br>Defendants. | : | NO. 14-cv-05980-GAM |

**ORDER**

AND NOW this 11TH day of September, 2017, upon careful and independent consideration of Plaintiffs' Motion for Injunctive or Other Relief in Aid of Settlement (Doc. No. 169), Defendants' Memorandum in Opposition to Plaintiffs' Motion for Injunctive or Other Relief (Doc. No. 171), and the Report and Recommendation of U.S. Magistrate Judge Richard A. Lloret, it is ORDERED that:

1. The Report and Recommendation of Magistrate Judge Richard A. Lloret is APPROVED and ADOPTED;

2. Plaintiffs' Motion for Injunctive or Other Relief in Aid of Settlement (Doc. No. 169) is DENIED and DISMISSED with prejudice; and,

3. This case is dismissed with prejudice, pursuant to Local Rule 41.1(b), as the parties have advised, and the Court has determined, that the matter has been SETTLED;

4. The Clerk of Court shall mark this file closed.

BY THE COURT:

HON. GERALD A. MCHUGH
U.S. District Judge